# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-20-17-GF-BMM |
| vs. | |
| TYSON KEITH EAGLEMAN, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 19, 2021. (Doc. 28.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 19, 2021. (Doc. 24.) The United States accused Eagleman of violating his conditions of supervised release 1) by failing to report for substance abuse testing; 2) by failing to report for sex offender treatment; and 3) by consuming alcohol. (Doc. 21.)

At the revocation hearing, Eagleman admitted he had violated the terms of his supervised release 1) by failing to report for substance abuse testing; 2) by

failing to report for sex offender treatment.  The government satisfied its burden of proof with respect to alleged violation 3.  (Doc. 24.)  Judge Johnston found that the violations Eagleman admitted proved to be serious and warranted revocation, and recommended that Eagleman receive a custodial sentence of 10 months, with no supervised release to follow. (Doc. 28.)  Eagleman was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 24.)  The violation proves serious and warrants revocation of Eagleman's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 28) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Tyson Keith Eagleman be sentenced to the custody of the United States Bureau of Prisons for 10 months, with no supervised release to follow.

DATED this 3rd day of November  2021.

_____
Brian Morris, Chief District Judge
United States District Court